John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Counsel for Plaintiff Reed*

[Additional Counsel for Parties Listed on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD REED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-05710-SK<br><br>**STIPULATION TO CONSOLIDATE RELATED ACTIONS** |
| FRANKIE GARCIA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC.; and DOES 1-10,<br><br>Defendants | CASE NO.: 4:23-cv-05726-DMR |

| | |
|---|---|
| JOHN ROSSI, MICHAEL THOMAS, and MARISSA PORTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant | CASE NO.: 4:23-cv-05732-MMC |
| BENJAMIN FISHER and BRITTANY HALLMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL<br><br>Defendant. | CASE NO.: 4:23-cv-05743-KAW |
| DAVID MACDONALD individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-05772-AMO |
| CHRISTOPHER WILLIAMS, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant | CASE NO.: 3:23-cv-05813-CRB |

| | |
|---|---|
| LASEDRICK TOLES, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMEDS, INC., dba TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-05852-LB |
| ANGELA MORGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-05862-AGT |
| MICHAEL SIEGEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-06134-LJC |
| LINDA JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-06038-LB |

| | |
|---|---|
| RUSSELL AUTRY, JACOB BENJAMIN, and VICTORIA PHILLIPS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>POSTMEDS, INC. d/b/a TRUEPILL,<br><br>Defendant. | CASE NO.: 3:23-cv-06173-DMR |

WHEREAS, pursuant to Local Civil Rules 3-12 and 7-11, Plaintiff in the above-captioned matter, and in *Garcia v. PostMeds, Inc., et al.*, No. 4:23-cv-05726 (N.D. Cal.); *Rossi v. PostMeds, Inc.*, No. 4:23-cv-05732 (N.D. Cal.); *Fisher et al v. PostMeds, Inc.*, No. 4:23-cv-05743 (N.D. Cal.); *MacDonald v. PostMeds, Inc.*, No. 3:23-cv-05772 (N.D. Cal.); *Williams v. PostMeds, Inc.*, No. 3:23-cv-05813 (N.D. Cal.); *Toles v. PostMeds, Inc.*, 3:23-cv-05852 (N.D. Cal.); *Morgan v. PostMeds, Inc.*, No. 3:23-cv-05862 (N.D. Cal.), *Siegel v. PostMeds, Inc.*, No. 3:23-cv-06134(N.D. Cal.), *Johnson v. PostMeds, Inc.*, No. 3:23-cv-06038 (N.D. Cal.), and *Autry et al v. PostMeds, Inc.*, No. 3:23-cv-06173 (N.D. Cal.) (collectively the "Related Cases"), together with Defendant PostMeds, Inc. d/b/a TruePill, by and through their counsel, stipulate and agree in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related, as follows:

WHEREAS, the above-captioned Related Cases currently are pending in this District and arise out of the same or similar operative facts;

WHEREAS, the above-captioned matter, *Reed v. PostMeds*, *Inc.*, was the first-filed and is the furthest along, procedurally;

WHEREAS, the Parties agree that the Related Cases should be consolidated for pre-trial purposes in an effort to assure consistent rulings and decisions on substantially the same factual and legal issues affecting almost identical putative classes, and to avoid unnecessary duplication of effort and resources. Accordingly, all counsel for the Parties to the Related Cases jointly stipulate and request that the Court enter an Order consolidating the Related Cases for pre-trial purposes and order the filing of a single Consolidated Class Action Complaint; and

WHEREAS, the Parties agree that it would be duplicative and wasteful of the Court's and the Parties' resources for Defendant to be required to respond to the complaints in the Related Actions prior to the filing of a Consolidated Class Action Complaint, should the Court order the requested consolidation;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED,** and the Parties request, that the Court order the following:

1. The Related Cases are consolidated for all pre-trial purposes (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

2. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Lead Case 3:23-cv-05710-SK, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Document Relates To: | Lead Case No. 3:23-cv-05710-SK |

3. The case file for the Consolidated Action will be maintained under Lead Case No. 3:23-cv-05710-SK (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.,* "3:23-cv-05710-SK (*Reed*)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be related to and consolidated with the Consolidated Action for pre-trial purposes. Plaintiffs and Defendant shall

file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Serve on Plaintiffs' counsel in the new case a copy of this Order;

    (c) Direct that this Order be served upon Defendant(s) in the new case; and

    (d) Make an appropriate entry in the Lead Case's docket.

6. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence, and e-filed in Lead Case No. 3:23-cv-05710-SK within ten (10) days after the date the Court enters a Consolidation Order.

7. Plaintiffs shall file a Consolidated Class Action Complaint no later than thirty (30) days following the entry of an order appointing Interim Class Counsel, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

8. Any response to the Consolidated Class Action Complaint shall be due within thirty (30) days from the filing of the Consolidated Class Action Complaint. All prior response deadlines are vacated. In the event Defendant intends to file a motion to dismiss, the Plaintiffs and Defendant will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

    (a) Any opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

    (b) any reply brief shall be filed and served within fourteen (14) days of the opposition;

9. Defendant's deadlines to respond to the complaints currently pending in each of the Related Cases are held in abeyance until after the Consolidated Class Action Complaint is filed, at which point a response to the previously filed complaints would be moot.

**IT IS SO STIPULATED.**

DATED this 4th day of December, 2023.

By: /s/ *John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorneys for Plaintiff,*
*Richard Reed*

By: /s/ *Kyle McLean*
Kyle McLean (SBN #330580)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: 213-376-3739
E: kmclean@sirillp.com

Mason A. Barney (pro hac vice to be filed)
Tyler J. Bean (pro hac vice to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Attorneys for Plaintiffs,*
*John Rossi, Michael Thomas, and Marissa Porter*

By: /s/ *John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

By: /s/ *Jason M. Wucetich*
JASON M. WUCETICH (STATE BAR NO. 222113)
jason@wukolaw.com
DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
dimitri@wukolaw.com
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201

*Attorneys for Plaintiff,*
*Frankie Garcia*

By: /s/ *Laura Grace Van Note*
Laura Grace Van Note, Esq.
(S.B. #310160)
Elizabeth Ruth Klos, Esq.
(S.B. #346781)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com
Email: erk@colevannote.com
Web: www.colevannote.com

Kevin Laukaitis (Pro hac vice application forthcoming)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205 - #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Attorneys for Plaintiffs,*
*Benjamin Fisher and Brittany Hallman*

| | | |
|---|---|---|
| 1 | Samuel J. Strauss (Pro Hac Vice forthcoming) | By: /s/ *Ronald A. Marron* |
| 2 | sam@turkestrauss.com | Ronald A. Marron (175650) |
|   | Raina Borrelli (Pro Hac Vice forthcoming) | Alexis M. Wood (270200) |
| 3 | raina@turkestrauss.com | Kas L. Gallucci (288709) |
|   | TURKE & STRAUSS LLP | **LAW OFFICES OF RONALD A.** |
| 4 | 613 Williamson Street, Suite 201 | **MARRON** |
|   | Madison, Wisconsin 53703 | 651 Arroyo Drive |
| 5 | Telephone: (608) 237-1775 | San Diego, CA 92103 |
| 6 | Facsimile: (608) 509-4423 | Tel: (619) 696-9006 |
|   |   | Fax: (619) 564-6665 |
| 7 | *Attorneys for Plaintiff,* | ron@consumersadvocates.com |
|   | *David MacDonald* | alexis@consumersadvocates.com |
| 8 |   | kas@consumersadvocates.com |
| 9 | By: /s/ *Daniel Srourian* |   |
|   | Daniel Srourian, Esq. | *Attorneys for Plaintiff,* |
| 10 | SROURIAN LAW FIRM, P.C. | *Christopher Williams* |
|   | 3435 Wilshire Blvd. Suite 1710 |   |
| 11 | Los Angeles, California 90010 | By: /s/ *Kristen Lake Cardoso* |
|   | Telephone: (213) 474-3800 | Kristen Lake Cardoso (SBN 338762) |
| 12 | Facsimile: (213) 471-4160 | **KOPELOWITZ OSTROW P.A.** |
|   | Email: daniel@slfla.com | One West Las Olas Blvd., Suite 500 |
| 13 |   | Fort Lauderdale, Florida 33301 |
| 14 | *Attorneys for Plaintiff,* | Telephone: 954-525-4100 |
|   | *Lasedrick Toles* | cardoso@kolawyers.com |
| 15 |   | ostrow@kolawyers.com |
|   | By: /s/ *John J. Nelson* |   |
| 16 | John J. Nelson (SBN 317598) | *Attorneys for Plaintiff,* |
|   | **MILBERG COLEMAN BRYSON** | *Angela Morgan* |
| 17 | **PHILLIPS GROSSMAN, LLC** |   |
| 18 | 402 W. Broadway, Suite 1760 | By: /s/ *Daniel L. Warshaw* |
|   | San Diego, CA 92101 | DANIEL L. WARSHAW (Bar No. |
| 19 | Telephone: (858) 209-6941 | 185365) |
|   | Email: jnelson@milberg.com | dwarshaw@pwfirm.com |
| 20 |   | **PEARSON WARSHAW, LLP** |
|   | BEN BARNOW (pro hac vice forthcoming) | 15165 Ventura Boulevard, Suite 400 |
| 21 | b.barnow@barnowlaw.com | Sherman Oaks, California 91403 |
|   | ANTHONY L. PARKHILL (pro hac vice | Telephone: (818) 788-8300 |
| 22 | forthcoming) | Facsimile: (818) 788-8104 |
| 23 | aparkhill@barnowlaw.com |   |
|   | **BARNOW AND ASSOCIATES, P.C.** | JILL M. MANNING (Bar No. 178849) |
| 24 | 205 W. Randolph Street, Suite 1630 | jmanning@pwfirm.com |
|   | Chicago, IL 60606 | NEIL J. SWARTZBERG (Bar No. |
| 25 | Tel: 312-621-2000 | 215133) |
| 26 |   | nswartzberg@pwfirm.com |
|   | *Attorneys for Plaintiff,* | **PEARSON WARSHAW, LLP** |
| 27 | *Michael Siegel* | 555 Montgomery Street, Suite 1205 |
|   |   | San Francisco, California 94111 |
| 28 |   | Telephone: (415) 433-9000 |
|   |   | Facsimile: (415) 433-9008 |

By: /s/ *Stephen R. Basser*
Stephen R. Basser
Samuel M. Ward
**Barrack Rodos & Bacine**
One America Plaza, 600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230-0800 Fax: (619) 230-1874
Email: sbasser@barrack.com
Email: sward@barrack.com

John G. Emerson
**Emerson Firm, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Phone: (800) 551-8649
Fax: (501) 286-4659
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiffs,*
*Russell Autry, Jacob Benjamin, and Victoria Phillips*

JEFFREY A. KONCIUS (Bar No. 189803)
koncius@kiesel.law
NICOLE RAMIREZ JONES (Bar No. 279017)
ramirezjones@kiesel.law
**KIESEL LAW LLP**
86648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 228-6929
Facsimile: (310) 854-0812

*Attorneys for Plaintiff,*
*Linda Johnson*

By: /s/ *Marcus McCutcheon*
Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**Baker & Hostetler LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:    714.754.6600
Facsimile:    714.754.6611

*Attorney for Defendant, PostMeds, Inc.*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                     HONORABLE SALLIE KIM

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2023 the foregoing document was served on counsel of record in all related cases, via electronic mail, to:

| | |
|---|---|
| Kyle McLean (SBN #330580)<br>**SIRI & GLIMSTAD LLP**<br>700 S. Flower Street, Ste. 1000<br>Los Angeles, CA 90017<br>Telephone: 213-376-3739<br>E: kmclean@sirillp.com<br><br>Mason A. Barney (pro hac vice to be filed)<br>Tyler J. Bean (pro hac vice to be filed)<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>Tel: (212) 532-1091<br>E: mbarney@sirillp.com<br>E: tbean@sirillp.com<br><br>*Attorneys for Plaintiffs,*<br>*John Rossi, Michael Thomas, and Marissa Porter* | Stephen R. Basser<br>Samuel M. Ward<br>**Barrack Rodos & Bacine**<br>One America Plaza, 600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Phone: (619) 230-0800 Fax: (619) 230-1874<br>Email: sbasser@barrack.com<br>Email: sward@barrack.com<br><br>John G. Emerson<br>**Emerson Firm, PLLC**<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>Phone: (800) 551-8649<br>Fax: (501) 286-4659<br>Email: jemerson@emersonfirm.com<br><br>*Attorneys for Plaintiffs,*<br>*Russell Autry, Jacob Benjamin, and Victoria Phillips* |
| Daniel Srourian, Esq.<br>SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd. Suite 1710<br>Los Angeles, California 90010<br>Telephone: (213) 474-3800<br>Facsimile: (213) 471-4160<br>Email: daniel@slfla.com<br><br>*Attorneys for Plaintiff,*<br>*Lasedrick Toles* | BEN BARNOW (pro hac vice forthcoming)<br>b.barnow@barnowlaw.com<br>ANTHONY L. PARKHILL (pro hac vice forthcoming)<br>aparkhill@barnowlaw.com<br>**BARNOW AND ASSOCIATES, P.C.**<br>205 W. Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Tel: 312-621-2000<br><br>*Attorneys for Plaintiff,*<br>*Michael Siegel* |

| | |
|---|---|
| Samuel J. Strauss (Pro Hac Vice forthcoming)<br>sam@turkestrauss.com<br>Raina Borrelli (Pro Hac Vice forthcoming)<br>raina@turkestrauss.com<br>**TURKE & STRAUSS LLP**<br>613 Williamson Street, Suite 201<br>Madison, Wisconsin 53703<br>Telephone: (608) 237-1775<br>Facsimile: (608) 509-4423<br><br>*Attorneys for Plaintiff,*<br>*David MacDonald* | Jason M. Wucetich (S.B. #222113)<br>jason@wukolaw.com<br>Dimitrios V. Korovilas (S.B. # 247230)<br>dimitri@wukolaw.com<br>**WUCETICH & KOROVILAS LLP**<br>222 N. Pacific Coast Hwy., Suite 2000<br>El Segundo, CA 90245<br>Telephone: (310) 335-2001<br>Facsimile: (310) 364-5201<br><br>*Attorneys for Plaintiff,*<br>*Frankie Garcia* |
| Ronald A. Marron (175650)<br>Alexis M. Wood (270200)<br>Kas L. Gallucci (288709)<br>**LAW OFFICES OF RONALD A. MARRON**<br>651 Arroyo Drive<br>San Diego, CA 92103<br>Tel: (619) 696-9006<br>Fax: (619) 564-6665<br>ron@consumersadvocates.com<br>alexis@consumersadvocates.com<br>kas@consumersadvocates.com<br><br>*Attorneys for Plaintiff,*<br>*Christopher Williams* | Kristen Lake Cardoso (SBN 338762)<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>cardoso@kolawyers.com<br>ostrow@kolawyers.com<br><br>*Attorneys for Plaintiff,*<br>*Angela Morgan* |
| DANIEL L. WARSHAW (Bar No. 185365)<br>dwarshaw@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br><br>JILL M. MANNING (Bar No. 178849)<br>jmanning@pwfirm.com<br>NEIL J. SWARTZBERG (Bar No. 215133)<br>nswartzberg@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>555 Montgomery Street, Suite 1205<br>San Francisco, California 94111<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008 | Laura Grace Van Note, Esq.<br>(S.B. #310160)<br>Elizabeth Ruth Klos, Esq.<br>(S.B. #346781)<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>Email: lvn@colevannote.com<br>Email: erk@colevannote.com<br><br>Kevin Laukaitis (Pro hac vice forthcoming)<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>Suite 205 - #10518<br>San Juan, PR 00907 |

| | |
|---|---|
| JEFFREY A. KONCIUS (Bar No. 189803)<br>koncius@kiesel.law<br>NICOLE RAMIREZ JONES (Bar No. 279017)<br>ramirezjones@kiesel.law<br>**KIESEL LAW LLP**<br>86648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Telephone: (310) 228-6929<br>Facsimile: (310) 854-0812<br><br>*Attorneys for Plaintiff,*<br>*Linda Johnson* | Telephone: (215) 789-4462<br>Email: klaukaitis@laukaitislaw.com<br><br>*Attorneys for Plaintiffs,*<br>*Benjamin Fisher and Brittany Hallman* |

      */s/ John J. Nelson*
      John J. Nelson