UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED,<br><br>          Plaintiff,<br><br>    v.<br><br>POSTMEDS, INC.,<br><br>          Defendant. | Case No. 23-cv-05710-SK<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED ACTIONS**<br><br>Regarding Docket No. 10 |

Before the Court is the parties' stipulation to consolidate the related cases. (Dkt. No. 10; *see* Dkt. No. 11.) For good cause, the Court hereby grants the stipulation and orders the following:

    1.    The Related Cases are consolidated for all pre-trial purposes (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

    2.    To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Lead Case 3:23-cv-05710-SK, the number assigned to the first-filed case and reflect the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Document Relates To: | Lead Case No. 3:23-cv-05710-SK |

/ /

/ / /

3. The case file for the Consolidated Action will be maintained under Lead Case No. 3:23-cv-05710-SK (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "3:23-cv-05710-SK (Reed)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action, shall be related to and consolidated with the Consolidated Action for pre-trial purposes. Plaintiffs and Defendant shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

   (a) Place a copy of this Order in the separate file for such action;

   (b) Serve on Plaintiffs' counsel in the new case a copy of this Order;

   (c) Direct that this Order be served upon Defendant(s) in the new case; and

   (d) Make an appropriate entry in the Lead Case's docket.

6. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence, and e-filed in Lead Case No. 3:23-cv-05710-SK within ten (10) days after the date the Court enters a Consolidation Order.

7. Plaintiffs shall file a Consolidated Class Action Complaint no later than thirty (30) days following the entry of an order appointing Interim Class Counsel, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

///

8. Any response to the Consolidated Class Action Complaint shall be due within thirty (30) days from the filing of the Consolidated Class Action Complaint. All prior response deadlines are vacated. In the event Defendant intends to file a motion to dismiss, the Plaintiffs and Defendant will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

(a) Any opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

(b) any reply brief shall be filed and served within fourteen (14) days of the opposition;

9. Defendant's deadlines to respond to the complaints currently pending in each of the Related Cases are held in abeyance until after the Consolidated Class Action Complaint is filed, at which point a response to the previously filed complaints would be moot.

**IT IS SO ORDERED**.

Dated: December 5, 2023

_____
SALLIE KIM
United States Magistrate Judge

3