Gary M. Klinger *(admitted pro hac vice)*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Pages*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)

Mediation scheduled with Jill R. Sperber, Esq. of Judicate West

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: May 3, 2024

Dated: February 13, 2024  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**

By: /s/ Gary M. Klinger
Gary M. Klinger

*Attorneys for Plaintiffs*
Richard Reed, and the Proposed Class
Proposed Co-Lead Counsel

Dated: February 13, 2024  **BAKER & HOSTETLER LLP**

By: */s/ Marcus McCutcheon*
Marcus McCutcheon
Casie D. Collignon

*Attorneys for Defendant*
Postmeds, Inc. dba Truepill

**HAUSFELD, LLC**

By: */s/ James J. Pizzirusso*
    James J. Pizzirusso
    Steven M. Nathan

*Attorneys for Plaintiff*

Linda Johnson, and the Proposed Class

*Proposed Co-Lead Counsel*

**PEARSON WARSHAW LLP**

By: */s/ Jill M. Manning*
    Jill M. Manning

*Attorneys for Plaintiff*

Linda Johnson, and the Proposed Class

*Proposed Liaison Counsel*

Dated: February 13, 2024

**SIRI & GLIMSTAD LLP**

By: */s/ Kyle McLean*
    Kyle McLean
    Mason A. Barney
    Tyler J. Bean

*Attorneys for Plaintiffs*
John Rossi, Michael Thomas, Marissa Porter, and the Proposed Class

Dated: February 13, 2024

**COLE & VAN NOTE**

By: */s/ Laura Grace Van Note*
    Laura Grace Van Note
    Elizabeth Ruth Klos

*Attorneys for Plaintiffs*
Benjamin Fisher, Brittany Hallman, and the Proposed Class

| | | |
|---|---|---|
| 1 | Dated: February 13, 2024 | **LAUKAITIS LAW LLC** |
| 2 | | By: */s/ Kevin Laukaitis* |
| 3 | | Kevin Laukaitis |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | | Benjamin Fisher, Brittany Hallman, and the Proposed Class |
| 6 | | |
| 7 | Dated: February 13, 2024 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 8 | | |
| 9 | | By: */s/ John J. Nelson* |
| 10 | | John J. Nelson<br>Gary M. Klinger |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs*<br>David MacDonald, and the Proposed Class |
| 13 | | |
| 14 | Dated: February 13, 2024 | **TURKE & STRAUSS LLP** |
| 15 | | By: */s/ Samuel J. Strauss* |
| 16 | | Samuel J. Strauss<br>Raina Borrelli |
| 17 | | |
| 18 | | *Attorneys for Plaintiffs*<br>David MacDonald, and the Proposed Class |
| 19 | | |
| 20 | | |
| 21 | Dated: February 13, 2024 | **LAW OFFICES OF RONALD A. MARRON** |
| 22 | | |
| 23 | | By: */s/ Ronald A. Marron* |
| 24 | | Ronald A. Marron<br>Alexis M. Wood<br>Kas L. Gallucci |
| 25 | | |
| 26 | | *Attorneys for Plaintiffs* |
| 27 | | Christopher Williams, and the Proposed Class |
| 28 | | |

Dated: February 13, 2024            **SROURIAN LAW FIRM, P.C.**

By: */s/ Daniel Srourian*
    Daniel Srourian

*Attorneys for Plaintiff*
Lasedrick Toles, and the Proposed Class

Dated: February 13, 2024            **KOPELOWITZ OSTROW P.A.**

By: */s/ Kristen Lake Cardoso*
    Kristen Lake Cardoso

*Attorneys for Plaintiff*
Angela Morgan, and the Proposed Class

Dated: February 13, 2024            **PEARSON WARSHAW, LLP**

By: */s/ Daniel L. Warshaw*
    Daniel L. Warshaw
    Neil J. Swartzberg

*Attorneys for Plaintiff*
Linda Johnson, and the Proposed Class

Dated: February 13, 2024            **KIESEL LAW LLP**

By: */s/ Jeffrey A. Koncius*
    Jeffrey A. Koncius
    Nicole Ramirez Jones

*Attorneys for Plaintiff*
Linda Johnson, and the Proposed Class

| | |
|---|---|
| Dated: February 13, 2024 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| | By: */s/ John J. Nelson* |
| |     John J. Nelson |
| |     Gary M. Klinger |
| | |
| | *Attorneys for Plaintiff* |
| | Michael Siegel, and the Proposed Class |
| | |
| Dated: February 13, 2024 | **BARRACK, RODOS & BACINE** |
| | By: */s/ Samuel M. Ward* |
| |     Samuel M. Ward |
| |     Stephen R. Basser |
| | |
| | *Attorneys for Plaintiff* |
| | Russell Autry, Jacob Benjamin, Victoria Phillips, and the Proposed Class |
| | |
| Dated: February 13, 2024 | **EMERSON FIRM, PLLC** |
| | By: */s/ John G. Emerson* |
| |     John G. Emerson |
| | |
| | *Attorneys for Plaintiffs* |
| | Russell Autry, Jacob Benjamin, Victoria Phillips, and the Proposed Class |
| | |
| Dated: February 13, 2024 | **POULIN WILLEY ANASTOPOULO, LLC** |
| | By */s/ Eric M. Poulin* |
| |     Eric M. Poulin |
| |     Blake G. Abbott |
| |     Paul J. Doolittle |
| | |
| | *Attorneys for Plaintiff* |
| | Callie Adams, and The Proposed Class |

Dated: February 13, 2024

**BOHREN LAW, APC**

By */s/ John Christian Bohren*
    John Christian Bohren

*Attorneys for Plaintiff*
Callie Adams, and The Proposed Class

Dated: February 13, 2024

**CHESTNUT CAMBRONE PA**

By */s/ Bryan L. Bleichner*
    Bryan L. Bleichner

*Attorneys for Plaintiff*
Meliza Moran and the Putative Class

Dated: February 13, 2024

**POTTER HANDY LLP**

By: */s/ James M. Treglio*
    James M. Treglio
    Mark D. Potter

*Attorneys for Plaintiffs*
Daniel Cohen, Mayra Mendez, and the Proposed Class

Dated: February 13, 2024

**SCHUBERT JONCKHEER & KOLBE LLP**

By: */s/ Amber L. Schubert*
    Amber L. Schubert
    Robert C. Schubert
    Dustin L. Schubert

*Attorneys for Plaintiffs*
Charles Byrd, Vanessa Wilson, and the Proposed Class

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Gary M. Klinger, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: February 13, 2024                               */s/ Gary M. Klinger*

# **ORDER**

X  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

_____
U.S. DISTRICT JUDGE