UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Post Meds, Inc. Data Breach Litigation

,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:23-cv-05710-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Anthony Lee Parkhill, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Siegel in the above-entitled action. My local co-counsel in this case is John J. Nelson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 317598.

Barnow and Associates, P.C.
205 W. Randolph Street, Suite 1630
Chicago, IL 60606
MY ADDRESS OF RECORD

312-621-2000
MY TELEPHONE # OF RECORD

aparkhill@barnowlaw.com
MY EMAIL ADDRESS OF RECORD

Milberg Coleman Bryson Phillips Grossman, LLC
402 W. Broadway, Suite 1760
San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

858-209-6941
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jnelson@milberg.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6317680.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2024                                        Anthony Lee Parkhill
                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony Lee Parkhill is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____2/14/2024_____

_____
UNITED STATES DISTRICT JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Anthony Lee Parkhill
Barnow and Associates, P.C.
205 West Randolph Street
Suite 1630
Chicago, IL 60606-1894

Chicago
Tuesday, January 16, 2024

In re:   Anthony Lee Parkhill
Attorney No. 6317680

To Whom It May Concern:

    We have received a request for written verification of the status of Anthony Lee Parkhill in connection with the attorney's application, motion or petition for permission to appear *pro hac vice* in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Anthony Lee Parkhill was admitted to practice law in Illinois on 11/6/2014.  Anthony Lee Parkhill is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

    Very truly yours,
    Lea S. Gutierrez
    Administrator

    By: //s//: *Lisa Medina*
        Lisa Medina
        Deputy Registrar

LM