**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: POSTMEDS, INC. DATA BREACH LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No.:  4:23-cv-05710-HSG<br><br>CLASS ACTION<br><br>**ORDER (as modified) GRANTING FIRST FILED PLAINTIFFS' MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Dkt. No. 17 |

**ORDER (as modified) GRANTING FIRST FILED PLAINTIFFS' JOINT MOTION TO APPOINT INTERIM CLASS COUNSEL**

ORDER (as modified) GRANTING PLTFS' MOTION
TO APPOINT INTERIM CLASS COUNSEL

4:23-cv-05710-HSG

Pending before the Court is the First Filed Plaintiffs' Motion to Appoint Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g)(3), which is unopposed. *See* Dkt. Nos. 43, 47. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b). The Court **GRANTS** the Motion, Dkt. No. 17, and **ORDERS** as follows:

**A. Appointments to Interim Counsel Leadership Structure.**

**1. Plaintiffs' Interim Class Counsel**

The Court appoints (i) Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC and (ii) James J. Pizzirusso of Hausfeld LLP as Co-Lead Interim Class Counsel; and (2) Jill M. Manning of Pearson Warshaw, LLP as Interim Liaison Counsel (Collectively "Interim Class Counsel"). Interim Class Counsel must assume responsibility for the following duties during all phases of this litigation:

    a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

    b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

    c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

    d) Determining and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial)

proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and Defendant, and acting as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking on behalf of Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j) Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and retaining experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n) Assessing Plaintiffs' counsel for the costs of the litigation;

o) Preparing and distributing periodic status reports to the Court and to the parties as ordered;

ORDER (as modified) GRANTING PLTFS' MOTION
TO APPOINT INTERIM CLASS COUNSEL                                          4:23-cv-05710-HSG

p) Develop and recommend for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitor and administer such procedures. At such time as may be appropriate, Interim Class Counsel also will recommend apportionment and allocation of any fees and expenses that might become due to Plaintiffs' counsel in this matter; and,

q) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**B. Additional Matters**

**1. Settlement Discussions**

Any discussions of a settlement of this litigation shall be conducted by Interim Class Counsel and any other counsel designated by Interim Class Counsel.

**2. Proposed Agendas**

In advance of each status conference, Interim Class Counsel and Defendant's counsel will meet and confer regarding the agenda for the conference. Unless otherwise ordered, Interim Class Counsel and Defendant's counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than two calendar days before each status conference.

**3. Application of this Order**

This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

Interim Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Class Counsel

is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Dated:      3/4/2024

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**

ORDER (as modified) GRANTING PLTFS' MOTION
TO APPOINT INTERIM CLASS COUNSEL                              4:23-cv-05710-HSG