UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Post Meds, Inc. Data Breach Litigation

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:23-cv-05710-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Blake G. Abbott, an active member in good standing of the bar of South Carolina (full list attached), hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Callie Adams in the above-entitled action. My local co-counsel in this case is John Bohren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 295292.

| 32 Ann Street, Charleston, SC 29403 | P.O. Box 12174 | San Diego, CA 92112 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 803-222-2222 | 619-433-2803 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| blake.abbott@poulinwilley.com | yanni@bohrenlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 104423.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 02/16/2024                                    Blake G. Abbott
                                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Blake G. Abbott  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2024

UNITED STATES DISTRICT JUDGE



DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

United States District Court
Northern District of California

## Bar Admissions for Blake G. Abbott

| State Bar Admissions | Admission Date | Bar Number | Status |
|---|---|---|---|
| North Carolina | 3/12/21 | 57190 | Good Standing |

**Federal Bar Admissions**

| | Admission Date | Bar Number | Status |
|---|---|---|---|
| Middle District of North Carolina | 7/5/22 | N/A | Good Standing |
| Western District of North Carolina | 6/21/22 | N/A | Good Standing |
| District of South Carolina | 11/13/20 | 13354 | Good Standing |
| Northern District of New York | 01/15/21 | 702408 | Good Standing |
| District of Colorado | 02/04/21 | N/A | Good Standing |
| Eastern District of North Carolina | 7/13/22 | N/A | Good Standing |

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on March 12, 2021, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Blake Garrett Abbott

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this January 19, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Blake Garrett Abbott (Blake Garrett Abbott) was duly sworn and admitted as an attorney in this state on April 20, 2020 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

February 16, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.