UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Post Meds, Inc. Data Breach Litigation,

Plaintiff(s),

v.

Defendant(s).

Case No. 4:23-cv-05710-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, John G. Emerson, an active member in good standing of the bar of Texas, Washington, & Arkansas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Russell Autry in the above-entitled action. My local co-counsel in this case is Stephen R. Basser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 121590.

| | |
|---|---|
| 2500 Wilcrest, Suite 300; Houston, TX | One American Plaza, 600 West Broadway, |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (800) 551-8649 | (619) 230-0800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jemerson@emersonfirm.com | sbasser@barrack.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06602600.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

Case 4:23-cv-05710-HSG   Document 81   Filed 04/03/24   Page 2 of 6

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/20/2024

John G. Emerson
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John G. Emerson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2024



UNITED STATES DISTRICT JUDGE

DENIED

Judge Haywood S. Gilliam Jr.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John G. Emerson Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 26th day of May, 1980.

I further certify that the records of this office show that, as of this date

**John G. Emerson Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my signature



and the seal of the Supreme Court of Texas at the City of Austin, this, the 31st day of January, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3099C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that John G. Emerson was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on February 8, 2008 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 1st day of February, 2024.



KYLE E. BURTON
(CLERK)

By _Michelle Weise_
Deputy Clerk

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION<br><br>OF<br><br>JOHN G. EMERSON JR.<br><br>TO PRACTICE IN THE COURTS OF THIS STATE | BAR NO. 30956<br><br>**CERTIFICATE**<br><br>**OF**<br><br>**GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**JOHN G. EMERSON JR.**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 14, 2001, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 31st day of January, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court

# Motions

4:23-cv-05710-HSG In Re: Post Meds, Inc. Data Breach Litigation

ADRMOP,CONSOL,PRVADR

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered by Emerson, John on 2/20/2024 at 2:17 PM PST and filed on 2/20/2024

**Case Name:** In Re: Post Meds, Inc. Data Breach Litigation
**Case Number:** 4:23-cv-05710-HSG
**Filer:** Russell Autry
**Document Number:** 73

**Docket Text:**
**MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19140569.) filed by Russell Autry. (Emerson, John) (Filed on 2/20/2024)**

4:23-cv-05710-HSG Notice has been electronically mailed to:

Alexis M Wood    alexis@consumersadvocates.com

Amber Love Schubert    aschubert@sjk.law, ecf-b7507c9337a7@ecf.pacerpro.com, paralegal@sjk.law

Anthony Lee Parkhill    aparkhill@barnowlaw.com

Blake Garrett Abbott    blake.abbott@poulinwilley.com, cmad@akimlawfirm.com, efile.akimlaw@gmail.com

Bryan L. Bleichner    bbleichner@chestnutcambronne.com, dstanek@chestnutcambronne.com

Casie Dell Collignon    ccollignon@bakerlaw.com, kgardner@bakerlaw.com

Daniel Srourian    daniel@slfla.com

Daniel L. Warshaw    dwarshaw@pwfirm.com, 7546762420@filings.docketbird.com, bpouya@pwfirm.com, egrant@pwfirm.com

Dimitrios Vasiliou Korovilas    dimitri@wukolaw.com

Dustin Lamm Schubert    dschubert@sjk.law, paralegal@schubertlawfirm.com

Elizabeth Ruth Klos    erk@colevannote.com

Eric Marc Poulin    eric@akimlawfirm.com