Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

Casie D. Collignon (Admitted *Pro Hac Vice*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:  303.861.0600
Facsimile:   303.861.7805

Attorneys for Defendant
Postmeds, Inc. dba Truepill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT POSTMEDS, INC. DBA TRUEPILL'S RESPONSIVE PLEADING DEADLINE**<br><br>Current Deadline:   June 7, 2024<br>New Deadline:        June 21, 2024<br><br>Action Filed:  November 6, 2023 |

Baker & Hostetler LLP
Attorneys at Law
Costa Mesa

The Court, having considered the Parties' Stipulation to Extend Defendant Postmeds, Inc. dba Truepill's Responsive Pleading Deadline ("Stipulation") and for good cause shown, rules as follows. IT IS HEREBY ORDERED that:

1.      The Stipulation is GRANTED.

2.      Defendant shall have until, and including, June 21, 2024 to file a pleading responsive to the Consolidated Class Action Complaint.

**IT SO ORDERED.**

Dated:   6/11/2024

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA