Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

Casie D. Collignon (Admitted *Pro Hac Vice*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:  303.861.0600
Facsimile:   303.861.7805

Attorneys for Defendant
Postmeds, Inc. dba Truepill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE RESPONSIVE DEADLINE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>*Filed concurrently with [Proposed] Order*<br><br>Action Filed:  November 6, 2023 |

Defendant Postmeds, Inc. dba Truepill ("Defendant") and Plaintiffs Richard Reed, Frankie Garcia, Michael Siegel, Linda Johnson, David MacDonald, Lasedrick Toles, John Rossi, Michael Thomas, Marissa Porter, Angela Morgan, Benjamin Fisher, Brittany Hallman, Russell Autry, Jacob Benjamin, Victoria Phillips, Christopher Williams, David Sauceda, James Lowery, and Hal Evans ("Plaintiffs" and, together with Defendant, the "Parties"), hereby file this Notice of Settlement informing the Court that the Parties have agreed on terms to settle the instant action. The Parties file this Notice based on the following facts:

1. On November 21, 2023, Plaintiff filed a putative class action complaint (the "Complaint") in the instant action. [Dkt. No. 1.]

2. The Complaint was served on Defendant on November 28, 2023, making Defendant's deadline to respond to the Complaint December 19, 2023.

3. The Parties identified (14) other cases that were related to the instant action and worked to consolidate the cases, the last of which was consolidated on February 7, 2024 [Dkt. No. 38].

4. Following consolidation of all cases, Plaintiffs filed a Consolidated Class Action Complaint on April 3, 2024. [Dkt. No. 82].

5. The Parties held a mediation with Jill Sperber of Judicate West on May 3, 2024. The Parties were unable to reach a settlement at the mediation but continued to work toward resolving the consolidated action.

6. After continued negotiation following the mediation, the Parties agreed on terms to settle all claims in the instant action on June 17, 2024.

/ / /

/ / /

/ / /

7. In light of the foregoing, the Parties respectfully request that the Court vacate Defendant's June 21, 2024 deadline to respond to the Consolidated Class Action Complaint and set a deadline for August 9, 2024 for Plaintiffs to file a Motion for Preliminary Approval of Settlement.

IT IS SO STIPULATED

Respectfully submitted this 25th day of June, 2024.

DATED: June 25, 2024      **BAKER & HOSTETLER LLP**

By: */s/ Marcus McCutcheon*
    Marcus McCutcheon
    Casie D. Collignon

*Attorneys for Defendant*
Postmeds, Inc. dba Truepill

DATED: June 25, 2024      **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

By: */s/ Gary M. Klinger*
    Gary M. Klinger

**HAUSFELD LLP**

By: */s/ James J. Pizzirusso*
    James J. Pizzirusso

- 3 -

JOINT NOTICE OF SETTLEMENT STIPULATION
CASE NO.: 4:23-CV-05710-HSG

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Marcus McCutcheon, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: June 25, 2024                                     */s/ Marcus McCutcheon*