Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  714.754.6600
Facsimile:   714.754.6611

Casie D. Collignon (Admitted *Pro Hac Vice*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:  303.861.0600
Facsimile:   303.861.7805

Attorneys for Defendant
Postmeds, Inc. dba Truepill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**ORDER GRANTING STIPULATION TO VACATE RESPONSIVE DEADLINE AND SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Action Filed:  November 6, 2023 |

The Court, having considered the Parties' Joint Notice of Settlement and Stipulation to Vacate Responsive Deadline and Set Deadline to File Motion for Preliminary Approval of Settlement ("Stipulation") and for good cause shown, rules as follows. IT IS HEREBY ORDERED that:

1. The Stipulation is GRANTED;

2. Defendant's June 21, 2024 deadline to file a pleading responsive to the Consolidated Class Action Complaint is vacated; and,

3. Plaintiffs shall file a Motion for Preliminary Approval of Settlement on or before August 9, 2024.

**IT SO ORDERED.**

Dated: 6/25/2024

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

- 2 -
ORDER GRANTING STIPULATION TO VACATE RESPONSIVE DEADLINE AND SET DEADLINE TO FILE MPA
CASE NO.: 4:23-CV-05710-HSG