Gary. M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 542-7200
Fax: (202) 542-7201
Email: jpizzirusso@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs*

[Additional Counsel for Parties Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>*[Proposed] Order submitted herewith*<br><br>Action Filed: November 6, 2023 |

Plaintiffs Richard Reed, Frankie Garcia, Michael Siegel, Linda Johnson, David MacDonald, Lasedrick Toles, John Rossi, Michael Thomas, Marissa Porter, Angela Morgan, Benjamin Fisher, Brittany Hallman, Russell Autry, Jacob Benjamin, Victoria Phillips, Christopher Williams, David Sauceda, James Lowery, and Hal Evans ("Plaintiffs") and Defendant Postmeds, Inc. dba Truepill ("Defendant" and, together with Plaintiffs, the "Parties") hereby stipulate and respectfully request that the Court extend Plaintiffs' deadline to file their forthcoming Motion for Preliminary Approval of Class Action Settlement ("Motion"), originally set for August 9, 2024, and in support state as follows:

WHEREAS, the Parties conducted a full day mediation with Jill Sperber of Judicate West on May 3, 2024 and, while they were unable to reach a resolution at that time, the Parties continued to negotiate and ultimately reached a settlement in principle on June 5, 2024.

WHEREAS, on Jun 25, 2024 the Parties filed a Joint Notice of Settlement and Stipulation to Vacate Responsive Deadline and Set Deadline to File Motion for Preliminary Approval of Settlement (ECF No. 91) and the Court granted that stipulation vacating Defendant's Deadline to respond to the Consolidated Class Action Complaint and making Plaintiffs' deadline to file their Motion August 9, 2024 (ECF No. 92);

WHEREAS, the Parties have been mutually working together to finalize the settlement agreement and accompanying papers, and to select a settlement administrator to oversee the notice and claims procedure;

WHEREAS, the Parties continue to negotiate the finer points of the settlement agreement and require additional time to finalize the agreement and for Plaintiffs' to draft their Motion for Preliminary Approval once the agreement has been finalized and the settlement administrator selected;

WHEREAS, to preserve party and judicial resources, the Parties agree that the deadline for Plaintiffs to file their Motion should be extended thirty (30) days,

subject to Court approval; and

WHEREAS, the Parties agree that it would be duplicative and wasteful of the Court's and the Parties' resources for Defendant to be required to respond to the Consolidated Class Action Complaint while the Parties finalize the settlement agreement and Plaintiffs' Motion for Preliminary Approval;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED,** and the Parties request, that the Court order the following:

1. Plaintiffs' August 9, 2024 deadline to file their forthcoming Motion for Preliminary Approval of Class Action Settlement is vacated; and

2. Plaintiffs are to file their Motion for Preliminary Approval of Class Action Settlement on or before September 9, 2024:

**IT IS SO STIPULATED.**

DATED: August 7, 2024

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

By: */s/ Gary M. Klinger*
Gary M. Klinger

**HAUSFELD LLP**

By: */s/ James J. Pizzirusso*
James J. Pizzirusso

*Attorneys For Plaintiffs and the Class*

| | |
|---|---|
| DATED: August 7, 2024 | **BAKER & HOSTETLER LLP** |
| | By: */s/ Marcus McCutcheon* |
| | Marcus McCutcheon |
| | Casie D. Collignon |
| | *Attorneys for Defendant* |
| | Postmeds, Inc. dba Truepill |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Gary M. Klinger, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: August 7, 2024                                                    */s/ Gary M. Klinger*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Gary M. Klinger*