Gary. M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 542-7200
Fax: (202) 542-7201
Email: jpizzirusso@hausfeld.com

*Interim Co-Lead Counsel for Plaintiffs*

[Additional Counsel for Parties Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POST MEDS, INC. DATA BREACH LITIGATION<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Action Filed: November 6, 2023 |

The Court, having considered the Parties' Joint Stipulation to Extend Deadline for filing their Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and for good cause shown, rules as follows. IT IS HEREB ORDERED that:

1. The Stipulation is GRANTED;
2. Plaintiffs' deadline to file a Motion for Preliminary Approval of Class Action Settlement is extended from August 9, 2024, to September 9, 2024.

**IT IS SO ORDERED.**

DATED:  8/7/2024

_____
Honorable Haywood S. Gilliam, Jr.