Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:   714.754.6600
Facsimile:    714.754.6611

Casie D. Collignon (*Pro Hac Vice Forthcoming*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:   303.861.0600
Facsimile:    303.861.7805

*Attorneys for Defendant*
PostMeds, Inc. d/b/a TruePill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Filed Concurrently With [Proposed] Order |

Plaintiffs Richard Reed, Frankie Garcia, Michael Siegel, Linda Johnson, David MacDonald, Lasedrick Toles, John Rossi, Michael Thomas, Marissa Porter, Angela Morgan, Benjamin Fisher, Brittany Hallman, Russell Autry, Jacob Benjamin, Victoria Phillips, Christopher Williams, David Sauceda, James Lowery, and Hal Evans ("Plaintiffs") and Defendant PostMeds, Inc. d/b/a TruePill ("PostMeds" and, together with Plaintiffs, the "Parties") hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement ("Motion") from September 9, 2024 to September 13, 2024, and in support state as follows:

The Parties filed a Joint Notice of Settlement and Stipulation to Vacate Responsive Deadline and Set Deadline for Filing Motion for Preliminary Approval of Settlement on June 25, 2024 [Dkt No. 91].

The Court granted this Stipulation on August 7, 2024, ordering that the Plaintiffs' deadline to file a Motion for Preliminary Approval of Class Action Settlement is extended to September 9, 2024 [Dkt No. 94].

The Parties have now finalized the settlement agreement and accompanying papers, however, Defendant requires more time to obtain final client approval.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, and the Parties request, that the Court order the following:

1. Plaintiffs' September 9, 2024 deadline to file their forthcoming Motion for Preliminary Approval of Class Action Settlement is vacated; and

2. Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement on or before September 13, 2024:

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 9, 2024 | **BAKER & HOSTETLER LLP** |
| 2 | | |
| 3 | | By: */s/ Marcus McCutcheon* |
| 4 | | Marcus McCutcheon<br>Casie D. Collignon |
| 5 | | |
| 6 | | *Attorneys for Defendant*<br>Postmeds, Inc. dba Truepill |
| 7 | | |
| 8 | Dated: September 9, 2024 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Gary M. Klinger*<br>Gary M. Klinger |
| 12 | | |
| 13 | Dated: September 9, 2024 | **HAUSFELD LLP** |
| 14 | | |
| 15 | | By: */s/ James J. Pizzirusso*<br>James J. Pizzirusso |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs and the Putative Class* |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Marcus McCutcheon, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: September 9, 2024            */s/ Marcus McCutcheon*