Marcus McCutcheon, Bar No. 281444
mmccutcheon@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6600
Facsimile: 714.754.6611

Casie D. Collignon (Admitted *Pro Hac Vice*)
ccollignon@bakerlaw.com
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

*Attorneys for Defendant*
PostMeds, Inc. d/b/a TruePill

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No.: 4:23-cv-05710-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Action Filed: November 6, 2023 |

1   The Court, having considered the Parties' Joint Stipulation to Extend Deadline
2   to File Motion for Preliminary Approval of Settlement ("Stipulation") and for good
3   cause shown, rules as follows. IT IS HEREBY ORDERED that:

4   1.   The Stipulation is GRANTED;

5   2.   Plaintiffs' September 9, 2024 deadline to file their forthcoming Motion
6        for Preliminary Approval of Class Action Settlement is vacated; and

7   3.   Plaintiffs shall file their Motion for Preliminary Approval of Class
8        Action Settlement on or before September 13, 2024.

**IT SO ORDERED.**

Dated: 9/10/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge