James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
T: 202.542.7200
E: jpizzirusso@hausfeld.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
T: 866.252.0878
E: gklinger@milberg.com

*Interim Co-Lead Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: POST MEDS, INC. DATA BREACH LITIGATION<br><br>This Documents Relates To:<br>All Actions | Case No. 4:23-cv-05710-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION OF SCHEDULE OF DATES RELATING TO SETTLEMENT**<br><br>*[Proposed] Order submitted herewith*<br><br>Action Filed: November 6, 2023 |

Plaintiffs Richard Reed, Frankie Garcia, Michael Siegel, Linda Johnson, David MacDonald, Lasedrick Toles, John Rossi, Michael Thomas, Marissa Porter, Angela Morgan, Benjamin Fisher, Brittany Hallman, Russell Autry, Jacob Benjamin, Victoria Phillips, Christopher Williams, David Sauceda, James Lowery, and Hal Evans ("Plaintiffs") and Defendant Postmeds, Inc. dba Truepill ("Defendant" and, together with Plaintiffs, the "Parties") hereby stipulate and respectfully request that the Court enter the following schedule of dates:

| Event | Time for Compliance |
|---|---|
| Deadline for Settlement Administrator to send email notice | 1/27/2025 |
| Deadline for Settlement Administrator to send mail notice to all non-email accessible Class Members | 2/11/2025 |
| Filing deadline for attorneys' fees and costs motion and requests for service awards | 3/28/2025 |
| Deadline for Class Members to opt-out or object to settlement | 4/12/2025 |
| Deadline for Class Members to object to any motions for attorneys' fees | 4/12/2025 |
| Filing deadline for final approval motion | 5/28/2025 |
| Final fairness hearing and hearing on motions (*estimated*) | 6/11/2025 |

DATED: December 3, 2024                    **HAUSFELD LLP**

By: */s/ James J. Pizzirusso*
James J. Pizzirusso

|   |   |   |
|---|---|---|
| 1 |   | **MILBERG COLEMAN BRYSON** |
| 2 |   | **PHILLIPS GROSSMAN PLLC** |
| 3 |   | By: /s/ Gary M. Klinger |
| 4 |   | Gary M. Klinger |
| 5 |   | Attorneys For Plaintiffs and the |
| 6 |   | Class |
| 7 | DATED: December 3, 2024 | **BAKER & HOSTETLER LLP** |
| 8 |   |   |
| 9 |   | By: /s/ Marcus McCutcheon |
|   |   | Marcus McCutcheon |
| 10 |   | Casie D. Collignon |
| 11 |   | Attorneys for Defendant Postmeds, Inc. |
| 12 |   | dba Truepill |

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, James J. Pizzirusso, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

DATED: December 3, 2024            By: /s/ James J. Pizzirusso
                                       James J. Pizzirusso

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

By: */s/ James J. Pizzirusso*
James J. Pizzirusso