UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD REED, et al., | Case No. 23-cv-05710-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| POSTMEDS, INC., et al., | |
| Defendants. | |

Having considered the parties' proposed schedule, *see* Dkt. No. 106, the Court **SETS** the following deadlines for the class action settlement's administration and final approval:

| Event | Deadline |
|---|---|
| Deadline for Settlement Administrator to send email notice | 1/27/2025 |
| Deadline for Settlement Administrator to send mail notice to all non-email accessible Class Members | 2/11/2025 |
| Filing deadline for attorneys' fees and costs motion and requests for service awards | 3/28/2025 |
| Deadline for Class Members to opt-out or object to settlement | 4/12/2025 |
| Deadline for Class Members to object to any motions for attorneys' fees | 4/12/2025 |
| Filing deadline for final approval motion | 5/28/2025 |
| Final fairness hearing and hearing on motions | 6/12/2025 at 2:00 p.m. |

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good cause.
2  The parties are directed to review and comply with this Court's standing orders.  This Order
3  terminates Docket No. 106.
4  **IT IS SO ORDERED.**
5  Dated:   12/4/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge