# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| *IN RE: POST MEDS, INC. DATA BREACH LITIGATION*<br><br>This Documents Relates To:<br>All Actions | Case No. 4:23-cv-05710-HSG<br><br>STIPULATED JUDGMENT |

On June 17, 2025, this Court entered an order granting final approval (the "Final Approval Order") (ECF No. 116) of the Settlement Agreement reached between the Settlement Class Representatives, on behalf of themselves and the Settlement Class, and Defendant PostMeds, Inc. d/b/a TruePill ("PostMeds"), as memorialized in Exhibit 1 (ECF No. 97-1) to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement;

Pursuant to the Court's Final Approval Order, granting judgment and final approval of the Settlement Agreement, and in accordance with Federal Rules of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to the claims and relief outlined in the Final Approval Order.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, this Court shall retain the authority to issue any order necessary to protect its jurisdiction from any action, whether in state or federal court.

Without affecting the finality of this Stipulated Judgment, the Court will retain exclusive jurisdiction over the subject matter of this action and the Parties with respect to the interpretation and implementation of the Settlement Agreement for all purposes, including enforcement of its terms at the request of any Party, and resolution of any disputes that may arise relating in any way to the implementation of the Settlement Agreement or the implementation of this Final Order and Judgment.

IT IS SO ORDERED this 8th day of July, 2025.

_____
THE HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.